```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**VESTER LEE JONES**
                                                    **PLAINTIFF**

        v.            Civil No. 09-05114

**RAY HOBBS, INTERIM DIRECTOR,**
**ARKANSAS DEPARTMENT OF**
**CORRECTION, ET AL.**                              **DEFENDANTS**

### O R D E R

NOW on this 30th day of March 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #14), filed on March 8, 2010, and the Court, being well and sufficiently advised that there has been no objection thereto, finds that the Report and Recommendation is sound in all respects and should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that, for the reasons set forth therein, the **Report and Recommendation of the Magistrate Judge** is **adopted *in toto*.** Accordingly, all claims against defendants the Benton County Circuit Court and Judge Robin Green are hereby dismissed. Plaintiff may proceed with the remainder of his claims.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE