```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**VESTER LEE JONES**                                             **PLAINTIFF**

v.                        Civil No. 09-5114

**RAY HOBBS, INTERIM DIRECTOR,**
**ARKANSAS DEPARTMENT OF CORRECTION**                            **DEFENDANTS**

## O R D E R

Now on this 28th day of October, 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 27), in this matter, to which no objections have been made. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's complaint is dismissed pursuant to F.R.C.P. 41(b) for failure to comply with the Magistrate Judge's orders and for failure to prosecute.

**IT IS SO ORDERED.**

```
                              /s/Jimm Larry Hendren
                              HON. JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE
```